**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 23, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-40989
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEPHEN T. STURROCK,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CR-155-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Stephen T. Sturrock appeals his guilty-plea conviction for conspiracy to commit mail fraud and for money laundering. Sturrock argues that the district court erred in refusing to reduce his offense level for his acceptance of responsibility.

Our review of a U.S.S.G § 3E1.1 determination is "even more deferential than a pure clearly erroneous standard." United States v. Chapa-Garza, 62 F.3d 118, 122 (5th Cir. 1995).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sturrock, in his interviews with the probation officer and at sentencing, attempted to minimize his participation in the offense of conviction and attempted to downplay his criminal conduct. See U.S.S.G. § 3E1.1(a); United States v. Wilder, 15 F.3d 1292, 1299 (5th Cir. 1994). The judgment of the district court is AFFIRMED.